# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jerome Peck,  Civil No. 08-4682 (RHK-JJK)

    Plaintiff,  **ORDER FOR DISMISSAL WITH PREJUDICE**

vs.

Life Insurance Company of North America,

    Defendant.

    Pursuant to the parties' Stipulation (Doc. No. 13), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorneys' fees to any party.

    **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: May 13, 2009

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge